IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH E. NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV403 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, et al., | ) ) ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

     This case is dismissed without prejudice. **Plaintiff is hereby notified that the filing of a notice of appeal will make him liable for payment of the full $505.00 appellate filing fee regardless of the outcome of the appeal.** This is because the Prison Litigation Reform Act requires an incarcerated civil appellant to pay the full amount of the $505.00 appellate filing fee by making monthly payments to the court, even if he or she is proceeding in forma pauperis. 28 U.S.C. § 1915(b). By filing a notice of appeal, Plaintiff will be consenting to the deduction of the $505.00 filing fee from his prison account by prison officials.

     DATED this 6th day of December, 2016.

                                      BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      Senior United States District Judge